| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 22824 | DATE 12/15/2025 |
|---|---|---|---|---|

| NAME BURTON, Robert Joseph | OFFICER Lamara H. Werts | JUDGE Nancy G. Edmunds | DOCKET # 06-CR-20465-21 |
|---|---|---|---|

| ORIGINAL SENTENCE DATE 05/24/2012 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY II | TOTAL OFFENSE LEVEL 41 | PHOTO |
|---|---|---|---|---|
| COMMENCED 06/17/2021 | | | | |
| EXPIRATION 06/16/2026 | | | | |

| ASST. U.S. ATTORNEY AUSA | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1 of 22nd SS Inf:  18 U.S.C. §§ 1962(d) and 1963(a), Conducting or Participating in the Affairs of an Enterprise though a Pattern of Racketeering Activity

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 144 months, to be followed by a five-year term of supervised release.

Modification:  October 27, 2025, the following special condition was ordered:  "You must reside in a Residential Reentry Center (RRC) for up to 120 days.  You must follow the rules and regulations of the Center.  You shall pay subsistence cost associated with placement."

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the probation department for mental health counseling, if necessary.
2. The defendant shall participate in a program approved by the probation department for substance abuse which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
   Criminal Monetary Penalty:  Special Assessment $100.00.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 22824 | **DATE** 12/15/2025 |
|---|---|---|---|---|

| **NAME** BURTON, Robert Joseph | **OFFICER** Lamara H. Werts | **JUDGE** Nancy G. Edmunds | **DOCKET #** 06-CR-20465-21 |
|---|---|---|---|

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.  YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT."<br><br>On October 18, 2025, BURTON submitted a urine sample for testing, and it yielded positive for cocaine.  He has previously tested positive for cocaine on November 23, 2024 and May 11, 2023. |
| 2 | **Violation of Special Condition:** "YOU MUST RESIDE IN A RESIDENTIAL REENTRY CENTER (RRC) FOR UP TO 120 DAYS.  YOU MUST FOLLOW THE RULES AND REGULATIONS OF THE CENTER.  YOU SHALL PAY SUBSISTENCE COST ASSOCIATED WITIH PLACEMENT."<br><br>On December 4, 2025, BURTON was listed as a program fail at the Residential Reentry Center (RRC) and removed from the program.<br><br>According to the incident report provided by the RRC, while completing accountability for resident BURTON, it was discovered that he was not at his approved pass location. RCC staff attempted to contact BURTON multiple times, as well as his emergency contact, with no success. His GPS device that was provided by the RRC tracked at various unapproved locations in Detroit, Allen Park, and Lincoln Park, Michigan from 2:26pm until 3:50pm.  After further investigation it was discovered, resident never went to his approved pass appointment. |

| **I declare under penalty of perjury that the foregoing is true and correct.** **PROBATION OFFICER** s/Lamara H. Werts/slg 313-234-5447 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Matthew A. Romeo 989-894-8829 | **PROBATION ROUTING** Data Entry |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 22824 | **DATE** 12/15/2025 |
|---|---|---|---|---|

| **NAME** BURTON, Robert Joseph | **OFFICER** Lamara H. Werts | **JUDGE** Nancy G. Edmunds | **DOCKET #** 06-CR-20465-21 |
|---|---|---|---|

**THE COURT ORDERS:**

[ X ]   The issuance of a summons

[   ]   Other



s/Nancy G. Edmunds
United States District Judge

12/16/2025
Date